R. LAWRENCE BRAGG, SBN119194
**VITALE & LOWE**
3249 Quality Drive, #200
Rancho Cordova, CA  95670-6098
Tel :  916 / 851-3750
Fax:  916 / 851-3770

Counsel for Defendants
RESORTQUEST PARK CITY, LLC,
RESORTQUEST INTERNATIONAL, LLC,
LEUCADIA NATIONAL CORPORATION, and
WYNDHAM WORLDWIDE OPERATIONS, INC.,

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLAYE CHAN, JR. and ANNE ALLAYE CHAN,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>RESORTQUEST PARK CITY, LLC, a limited liability company;<br>RESORTQUEST INTERNATIONAL, LLC, a Delaware limited liability company;<br>LEUCADIA NATIONAL CORPORATION, a New York corporation;<br>WYNDHAM WORLDWIDE OPERATIONS, INC., a New York corporation;<br>NPC HOLDINGS, LLC, a Pennsylvania limited liability company;<br>SPA/HOT TUB MAINTENANCE COMPANY WHOSE NAME IS UNKNOWN AT THIS TIME; and ROES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.  2:11-CV-00420 FCD-KJN<br><br>**STIPULATION AND ORDER RE-DISMISSAL, WITHOUT PREJUDICE,  OF RESORTQUEST INTERNATIONAL, LLC, LEUCADIA NATIONAL CORPORATION, and WYNDHAM WORLDWIDE OPERATIONS, INC. (FRCP RULE 41(a)(2)_** |

　　　IT IS STIPULATED BY AND BETWEEN THE PARTIES TO THE ABOVE ACTION AS FOLLOWS:

1. That, based upon the representations of defense counsel, plaintiffs agree to dismiss, without prejudice, per FRCP Rule 41(a)(2), Resortquest International, LLC, Leucadia National Corporation, and Wyndham Worldwide Operations, Inc., from the above action,

with the express agreement that counsel for these parties would stipulate to an amendment of the plaintiff's Complaint should further investigation and discovery provide a basis on which to re-name any of these entities as a party defendant in this case, would accept service on their behalf, and would agree that the applicable statute of limitations is tolled as to this entity.

2. That plaintiff, Resortquest International, LLC, Leucadia National Corporation, and Wyndham Worldwide Operations, Inc., agree to bear their own attorneys fees and costs.

POSWALL, WHITE & CUTLER

DATED: /s/_____
R. PARKER WHITE
Counsel for Plaintiffs

DATED: /s/_____
R. LAWRENCE BRAGG
Counsel for Defendants
RESORTQUEST PARK CITY, LLC,
RESORTQUEST INTERNATIONAL, LLC,
LEUCADIA NATIONAL CORPORATION, and
WYNDHAM WORLDWIDE OPERATIONS, INC.,

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: July 26, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE