UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD ALLAYE CHAN, JR., et al.,

    Plaintiffs,

  v.

RESORTQUEST PARK CITY, LLC,

    Defendants.

No. 2:11-cv-00420-MCE-KJN

ORDER

----oo0oo----

Ruling on the May 25, 2011, Motion to Dismiss filed by Defendant NPC Holdings, LLC, was deferred per Memorandum and Order dated August 10, 2011, and Defendant was given until October 21, 2011, to re-file its Motion. To ensure clarity of this Court's docket, Defendant's original Motion (ECF No. 13) is now DENIED without prejudice based on Defendants' failure to re-file.

IT IS SO ORDERED.

DATED: February 16, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1