```
 1   R. PARKER WHITE
     State Bar No. 95579
 2   POSWALL, WHITE & CUTLER
     1001 G Street, Suite 301
 3   Sacramento, California 95814
     Telephone: (916) 449-1300
 4   Facsimile:  (916) 449-1320

 5   Attorneys for Plaintiffs
     RICHARD ALLAYE CHAN, JR.,
 6   and ANNE ALLAYE CHAN

 7
```

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLAYE CHAN, JR., and ANNE ALLAYE CHAN, <br><br>Plaintiffs, <br><br>v. <br><br>RESORTQUEST PARK CITY, LLC, a limited liability company; RESORTQUEST INTERNATIONAL, LLC, a Delaware limited liability company; LEUCADIA NATIONAL CORPORATION, a New York corporation; WYNDHAM WORLDWIDE OPERATIONS, INC., a New York corporation; NPC HOLDINGS LLC, a Pennsylvania limited liability company; SPA/HOT TUB MAINTENANCE COMPANY WHOSE NAME IS UNKNOWN AT THIS TIME; and ROES 1 through 50, inclusive, <br><br>Defendants. | CASE NO.  2:11-CV-00420-MCE-KJN <br><br>**STIPULATION TO SERVE ADDITIONAL INTERROGATORIES, PURSUANT TO F.R.C.P. 26(b)(2) AND ORDER THEREON** |

Pursuant to F.R.C.P. 26(b)(2), plaintiffs, RICHARD ALLAYE CHAN, JR., and ANNE ALLAYE CHAN, and defendant, RESORTQUEST PARK CITY, LLC, by and through their attorneys of records, hereby stipulate and agree to allow plaintiffs to serve eleven (11) additional interrogatories on defendant RESORTQUEST PARK CITY, LLC,

1  in the above-captioned matter.

2      The parties seek the Court's approval to serve the additional discovery through

3  the order listed *infra*.

4

5  Dated: January 4, 2012                    **POSWALL, WHITE & CUTLER**

6

7                                        By____/s/ R. Parker White_____
                                          R. PARKER WHITE

8                                            Attorneys for Plaintiffs
                                          RICHARD ALLAYE CHAN, JR.,

9                                            and ANNE ALLAYE CHAN

10  Dated: January 4, 2012                    **VITALE & LOWE**

11

12                                            By____/s/ R. Lawrence Bragg_____
                                          R. LAWRENCE BRAGG

13                                            Attorneys for Defendant
                                          RESORTQUEST PARK CITY,

14                                            LLC

15                                     **ORDER**

16      **IT IS SO ORDERED.**

17  Dated:  September 18, 2012

18

19                                          _____
                                        KENDALL J. NEWMAN

20                                          UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28