| | |
|---|---|
| 1 | R. PARKER WHITE |
| | State Bar No. 95579 |
| 2 | **POSWALL, WHITE & CUTLER** |
| | 1001 G Street, Suite 301 |
| 3 | Sacramento, California 95814 |
| | Telephone: (916) 449-1300 |
| 4 | Facsimile:  (916) 449-1320 |
| 5 | Attorneys for Plaintiffs |
| | RICHARD ALLAYE CHAN, JR., |
| 6 | and ANNE ALLAYE CHAN |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | RICHARD ALLAYE CHAN, JR., and ANNE ALLAYE CHAN, | CASE NO.  2:11-CV-00420-MCE-KJN |
| 12 | Plaintiffs, | **STIPULATION TO SERVE ADDITIONAL INTERROGATORIES, PURSUANT TO F.R.C.P. 26(b)(2) AND ORDER THEREON** |
| 13 | v. | |
| 14 | RESORTQUEST PARK CITY, LLC, a limited liability company; RESORTQUEST INTERNATIONAL, LLC, a Delaware limited liability company; LEUCADIA NATIONAL CORPORATION, a New York corporation; WYNDHAM WORLDWIDE OPERATIONS, INC., a New York corporation; NPC HOLDINGS LLC, a Pennsylvania limited liability company; SPA/HOT TUB MAINTENANCE COMPANY WHOSE NAME IS UNKNOWN AT THIS TIME; and ROES 1 through 50, inclusive, | |
| 22 | Defendants. | |

Pursuant to F.R.C.P. 26(b)(2), plaintiffs, RICHARD ALLAYE CHAN, JR., and ANNE ALLAYE CHAN, and defendant, RESORTQUEST PARK CITY, LLC, by and through their attorneys of records, hereby stipulate and agree to allow plaintiffs to serve eleven (11) additional interrogatories on defendant RESORTQUEST PARK CITY, LLC,

1  in the above-captioned matter.
2      The parties seek the Court's approval to serve the additional discovery through
3  the order listed *infra*.

5  Dated: January 4, 2012                    **POSWALL, WHITE & CUTLER**

7                                            By____/s/ R. Parker White_____
                                                  R. PARKER WHITE
8                                             Attorneys for Plaintiffs
                                              RICHARD ALLAYE CHAN, JR.,
9                                             and ANNE ALLAYE CHAN

10 Dated: January 4, 2012                    **VITALE & LOWE**

12                                            By____/s/ R. Lawrence Bragg_____
                                                  R. LAWRENCE BRAGG
13                                            Attorneys for Defendant
                                              RESORTQUEST PARK CITY,
14                                            LLC

15                         **ORDER**

16     **IT IS SO ORDERED.**
17 Dated:  September 18, 2012

19                                            _____
                                              KENDALL J. NEWMAN
20                                            UNITED STATES MAGISTRATE JUDGE