1  R. LAWRENCE BRAGG, SBN119194
   **VITALE & LOWE**
2  11290 Pyrites Way, #210
   Rancho Cordova, CA  95670-6098
3  Tel : 916 / 851-3750
   Fax: 916 / 851-3770
4
   Counsel for Defendants
5  RESORTQUEST PARK CITY, LLC,
   RESORTQUEST INTERNATIONAL, LLC,
6  LEUCADIA NATIONAL CORPORATION, and
   WYNDHAM WORLDWIDE OPERATIONS, INC.,
7

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA
10

11
   RICHARD ALLAYE CHAN, JR. and          Case No.  2:11-CV-00420 MCE-KJN
12 ANNE ALLAYE CHAN,

13          Plaintiffs,                  **ORDER RE: STIPULATION
                                         FOR DISMISSAL PURSUANT TO F.R.C.P.**
14 v.                                    **RULE 41(a)(2)**

15 RESORTQUEST PARK CITY, LLC, a limited
   liability company;                    **HON. MORRISON C. ENGLAND**
16 RESORTQUEST INTERNATIONAL, LLC,
   a Delaware limited liability company;
17 LEUCADIA NATIONAL CORPORATION, a
   New York corporation;
18 WYNDHAM WORLDWIDE OPERATIONS,
   INC., a New York corporation;
19 NPC HOLDINGS, LLC, a Pennsylvania
   limited liability company;
20 SPA/HOT TUB MAINTENANCE COMPANY
   WHOSE NAME IS UNKNOWN AT THIS
21 TIME; and ROES 1 through 50, inclusive,

22          Defendants.

23

24

25 ///

26 //

27 ///

28 ///

| | |
|---|---|
| 1 | |
| 2 | GOOD CAUSE HAVING BEEN SHOWN, and upon stipulation of the parties via their Stipulation for Dismissal Pursuant to Fed.R.Civ.P. Rule 41(a)(2), IT IS HEREBY ORDERED that the above-styled action known as U.S. District Court Case No. 2:11-CV-00420 is hereby DISMISSED WITH PREJUDICE. |

**IT IS SO ORDERED.**

DATED: December 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE